IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICIA BROWNE and CLIVE ANTHONY CONNELL, JR.,<br><br>Defendants. | Criminal Action No.<br>1:24-cr-327-VMC-JKL |

# ORDER

This matter is scheduled for trial on March 24, 2026. (Doc. 124). On February 19, 2026, Ms. Browne filed a Second Motion to Suppress Statements ("Second Motion") (Doc. 136). Ms. Browne did not seek leave to file or provide an explanation for why she did not file the Second Motion earlier. The Court held a telephone conference and explained that consideration of the Second Motion in its entirety would result in decertification of the case and a continuance of the trial. The Government agreed that decertification would be appropriate but also argued that the Second Motion should be denied as untimely. Ms. Browne's counsel asked for time to discuss the Second Motion with their client, which the Court allowed, and to brief the untimeliness issue. On February 25, 2026, Ms. Browne's counsel requested that the Court decertify the case.

It is therefore **ORDERED** that this case is **DECERTIFIED AS READY FOR TRIAL** and Ms. Browne's Second Motion to Suppress Statements (Doc. 137), including whether it should be denied as untimely, is **REFERRED** to Magistrate Judge John K. Larkins, III for consideration. It is

**FURTHER ORDERED** that the trial currently set for March 24, 2026 is **CONTINUED** to a date to be determined later. It is

**FURTHER ORDERED** that Defendant Clive Anthony Connell, Jr.'s Motion to Modify Trial Date (Doc. 136) is **DENIED as moot**.

Finally, the Court **ADOPTS** in its entirety as the Order of the Court, Judge Larkins's Supplemental Report and Recommendation (Doc. 133) recommending that Ms. Browne's Motion to Suppress Cell-Site Locational Data (Doc. 72) be **DENIED as moot** in light of the government's assurances that it does not intend to introduce historical cell-site data at trial.

**SO ORDERED** this 25th day of February, 2026.

_____
Victoria Marie Calvert
United States District Judge